AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Under Seal |
| v. | CRIMINAL COMPLAINT |
| MICHAEL BRIAN WHEELER | Case number: |

    I, the undersigned complainant Special Agent In Charge Patrick McKenna, Jr., being duly sworn, hereby state the following is true and correct to the best of my knowledge and belief. From at least in or about December 2003 until the present, in Iraq, within the extraterritorial jurisdiction of the United States and elsewhere, and therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, Defendant MICHAEL BRIAN WHEELER, and others, known and unknown, did unlawfully and knowingly combine, conspire, confederate and agree with others and with each other to commit an offense against the United States, namely, to violate Title 18, United States Code, Sections 201, 654, 922(o), 1343 and 2314 and Title 26, United States Code, Section 5861(d), in violation of Title 18, United States Code, Section 371; and to engage in a money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h). I further state that I am a Special Agent In Charge with the Office of the Special Inspector General for Iraq Reconstruction and this Complaint is based on the facts as stated in the attached Affidavit which is made a part hereof.

    Signature of Complainant:     _____
    **Patrick McKenna, Jr.**
    **Special In Charge Agent**
    **Special Inspector General for Iraq Reconstruction**

**Sworn to before me and subscribed in my presence on November __, 2005 at Washington, D.C.**

_____      _____
Name & Title of Judicial Officer      Signature of Judicial Officer