```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                              )
       v.                     )    Criminal No. 05-0635M-01
                              )
MICHAEL BRIAN WHEELER,        )
                              )
       Defendant.             )
_____)
```

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its undersigned counsel, in the above-entitled and numbered cause, and respectfully moves this Court to unseal the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, Seizure Warrant and Affidavit for Seizure Warrant in this matter.

A proposed order is attached.

      DATED: _____, 2005.

      NOEL L. HILLMAN
      Chief, Public Integrity Section

      RICHARD WEBER
      Chief, Asset Forfeiture and Money
        Laundering Section


      _____
      JAMES A. CROWELL IV
      MARK YOST
      PATRICK MURPHY
      ANN C. BRICKLEY

      Trial Attorneys
      U.S. Department of Justice
      Criminal Division
      1400 New York Ave., NW
      Washington, DC 20530
      (202) 514-1412
      james.crowell@usdoj.gov
      Mark.yost@usdoj.gov
      Patrick.murphy@usdoj.gov
      Ann.brickley@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this _____ day of November, 2005, I caused to be served by regular mail a copy of the foregoing filing:

>Michael Lieberman, Esq.
>Federal Public Defender of Wisconsin
>222 West Washington Ave., Suite 300
>Madison, WI 53703

>_____
>JAMES A. CROWELL IV
>Trial Attorney
>U.S. Department of Justice
>Criminal Division
>Public Integrity Section
>10th & Constitution Ave., NW
>Washington, DC 20530
>(202) 514-1412
>james.crowell@usdoj.gov