*Office of the Clerk*

# United States District Court
## For the Western District of Wisconsin

*120 North Henry Street, Room 320* ● *P.O. Box 432* ● *Madison, WI 53701-0432* ● *608-264-5156*

December 5, 2005

Clerk, U.S. District Court,
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

**FILED**
**DEC 0 8 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: USA v. MICHAEL BRIAN WHEELER

Case No. 05-0130M-X-01
Case No. 05-635M-1

Sir:

    Enclosed is our record and a certified copy of the docket sheet on the above-named defendant who was arrested in this district.
    Please acknowledge receipt on the enclosed copy of this letter.

                            Sincerely,

                            THERESA M. OWENS, Clerk of Court

                            By: Vivian Balderas

                            *Vivian Balderas*
                            Deputy Clerk

cc: U. S. Attorney
    U. S. Probation
    U. S. Marshal
    Bruce J. Rosen

| | |
|---|---|
| WHEELER, MICHAEL BRIAN | Filed  /  /<br>Mag. Case # |
| | District 07583   Judge 58BC |
| | Writ? N   Juvenile? N |
| | Offense Level: Unknown Value |

No Charges

## KEY DATES:

| | | | |
|---|---|---|---|
| 1: | / / | Earliest of: | |
| 2: | / / | Applicable: | |
| 3a: | / / | Applicable: | |
| 3b: | / / | Applicable: | |
| 4: | / / | Applicable: | |

## ATTORNEYS:

| U.S. Attorney or Assistant | Defense: | Co-Defendants: |
|---|---|---|
| TIMOTHY M. O'SHEA<br>ASSISTANT U.S. ATTORNEY<br>P.O. BOX 1585<br>MADISON, WI 53703-1585<br>(608) 264-5158 | Retained<br>BRUCE J. ROSEN<br>PELLINO, ROSEN, MOWRIS &<br>KIRKHUFF<br>131 WEST WILSON STREET, SUITE 1201<br>MADISON, WI 53703<br>(608) 255-4501 | |

A TRUE COPY, Certified
12/5/05
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By _Y. Balderas_
Deputy Clerk

WHEELER, MICHAEL BRIAN

UNITED STATES DISTRICT COURT DOCKET                                   (REV. 3/89)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/30/2005 | 001 | COPY OF COMPLAINT W/AFFIDAVIT. |
| 11/30/2005 | | INITIAL APPEARANCE SET FOR 12/01/05 AT 1:00 PM. |
| 12/01/2005 | 002 | CTRM. MIN: INIT. APP.; RULE 20 ADVISALS; DEFT. RELEASED ON CONDITIONS. (SLC) 15" |
| 12/02/2005 | 003 | WAIVER OF IDENTITY HEARING. |
| 12/02/2005 | 004 | ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE (SLC) CC MLD. |
| 12/05/2005 | | RECORD SENT TO DISTRICT OF COULUMBIA. |

(REV. 3/89)

UNITED STATES DISTRICT COURT DOCKET