IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-MJ-00635-AK-1 |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | FILED |
| Defendant. ) | |
| ) | DEC 1 6 2005 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration, the Parties' Consent Motion to Extend Time in which to seek an indictment and to continue the Initial Appearance Hearing is hereby granted. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from December 14, 2005 to January 14, 2006 based on the representation that the Parties require additional time to provide the Government and the Defendant's counsel with sufficient time for effective preparation, to allow the parties to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation, such that the failure to grant such a continuance would unreasonably deny the Government and the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain in effect until January 14, 2006. The Initial Appearance Hearing is continued until January 6, 2006, at ____ a.m./p.m. The time period from December 14, 2005 to January 14, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this 15th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

4

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 14th day of December, 2005, I caused to be served by regular mail a copy of the foregoing filing:

>Bruce J. Rosen, Esq.
>James Wilson Plaza, Suite 1201
>131 W. Wilson Street
>Madison, WI 53703
>(608) 255-4501
>(608) 255-4345 - fax

>JAMES A. CROWELL IV
>Trial Attorney
>U.S. Department of Justice
>Criminal Division
>Public Integrity Section
>10th & Constitution Ave., NW
>Washington, DC 20530
>(202) 514-1412
>james.crowell@usdoj.gov

5