# UNITED STATES DISTRICT COURT
## FOR THE District of Columbia

UNITED STATES OF AMERICA

          Plaintiff,

v.                                          Case No.: 1:05−mj−00635−AK

                                                  Magistrate Judge Alan Kay

MICHAEL BRIAN WHEELER

          Defendant.

TYPE OF CASE:         Magistrate Judge

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

     NOTICE OF HEARING as to MICHAEL BRIAN WHEELER Initial Appearance set for 2/15/2006 09:30 AM in Courtroom 4 before Magistrate Judge Alan Kay. (lm )

**PLACE**

January 9, 2006

                                                          Nancy Mayer−Whittington, Clerk
                                                                      lm, Deputy Clerk