IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-MJ-00635-1 |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### CONSENT MOTION TO EXTEND TIME FOR GOVERNMENT TO SEEK INDICTMENT AND TO CONTINUE INITIAL APPEARANCE HEARING

Comes now the United States of America, by and through its undersigned counsel, and, pursuant to FED. R. CRIM. P. 5.1(d) hereby submits the following consent motion to extend time to seek an indictment of the above-captioned matter and to continue the Initial Appearance Hearing previously set for February 15, 2006.

The parties respectfully request a 30 day extension of time in which to seek an indictment in this matter up to and including March 17, 2006.  This request is made to provide the parties with sufficient time for effective preparation, to allow the parties to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation.  The parties also request that the Court extend the time for the Defendant to make his Initial Appearance in this Court until March 17, 2006.  The Defendant and the Defendant's counsel have expressly authorized the United States to file this motion.

Wherefore, with the consent of the Defendant, the Government respectfully requests that the Court grant the instant motion to

extend time to indict and to re-set the Defendant's Initial Appearance before the Court for March 17, 2006.

A proposed order is attached.

DATED: February 6, 2006

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

NOEL L. HILLMAN
Chief, Public Integrity Section

_____
ANN C. BRICKLEY
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
Ann.brickley@usdoj.gov
James.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.        ) | Criminal No. 05-MJ-00635-AK-1 |
| ) | |
| MICHAEL BRIAN WHEELER,  ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

**ORDER**

Upon consideration, the Parties' Consent Motion to Extend Time in which to seek an indictment and to continue the Initial Appearance Hearing is hereby granted. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from February 15, 2006 to March 17, 2006 based on the representation that the Parties require additional time to provide the Government and the Defendant's counsel with sufficient time for effective preparation, to allow the parties to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation, such that the failure to grant such a continuance would unreasonably deny the Government and the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain in effect until March 17, 2006.  The Initial Appearance Hearing is continued until March 17, 2006, at \_\_\_\_ a.m./p.m.  The time period from February 15, 2006 to March 17, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this \_\_\_\_\_ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 6th day of February, 2006, I caused to be served by regular mail a copy of the foregoing filing:

>
> Bruce J. Rosen, Esq.
> James Wilson Plaza, Suite 1201
> 131 W. Wilson Street
> Madison, WI 53703
> (608) 255-4501
> (608) 255-4345 - fax

>
> _____
> ANN C. BRICKLEY
> Trial Attorney
> U.S. Department of Justice
> Criminal Division
> Public Integrity Section
> 10th & Constitution Ave., NW
> Washington, DC 20530
> (202) 514-7532
> james.crowell@usdoj.gov

5