```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.          ) | Criminal No. 05-MJ-00635-1 |
| ) | |
| MICHAEL BRIAN WHEELER,  ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

**CONSENT MOTION TO EXTEND TIME FOR GOVERNMENT TO SEEK INDICTMENT AND TO CONTINUE INITIAL APPEARANCE HEARING**

Comes now the United States of America, by and through its undersigned counsel, and, pursuant to Fed. R. Crim. P. 5.1(d) hereby submits the following consent motion to extend time to seek an indictment of the above-captioned matter and to continue the Initial Appearance Hearing previously set for March 21, 2006.

The parties respectfully request a 45 day extension of time in which to seek an indictment in this matter up to and including May 5, 2006. This request is made to provide the parties with sufficient time for effective preparation, to allow the parties to continue to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation. The parties also request that the Court extend the time for the Defendant to make his Initial Appearance in this Court until May 5, 2006. The Defendant and the Defendant's counsel have expressly authorized the United States to file this motion.

Wherefore, with the consent of the Defendant, the Government respectfully requests that the Court grant the instant motion to

extend time to indict and to re-set the Defendant's Initial Appearance before the Court for May 5, 2006.

A proposed order is attached.

DATED: March 14, 2006

ANDREW LOURIE
ACTING CHIEF, PUBLIC INTEGRITY SECTION

By: _____
James A. Crowell IV
Ann C. Brickley
Mark J. Yost
Patrick T. Murphy
Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20005
(202) 514-1412
James.crowell@usdoj.gov
Ann.Brickley@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-MJ-00635-AK-1 |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration, the Parties' Consent Motion to Extend Time in which to seek an indictment and to continue the Initial Appearance Hearing is hereby granted. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from March 21, 2006 to May 5, 2006, based on the representation that the Parties require additional time to provide the Government and the Defendant's counsel with sufficient time for effective preparation, to allow the parties to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation, such that the failure to grant such a continuance would unreasonably deny the Government and the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the

Criminal Complaint previously filed in this matter will remain in effect until May 5, 2006.  The Initial Appearance Hearing is continued until May 5, 2006, at ____ a.m./p.m.  The time period from March 21, 2006 to May 5, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    ORDERED this _____ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 14th day of March, 2006, I caused to be served by regular mail a copy of the foregoing filing:

```
        Bruce J. Rosen, Esq.
   James Wilson Plaza, Suite 1201
        131 W. Wilson Street
         Madison, WI 53703
           (608) 255-4501
         (608) 255-4345 - fax
```

```
        _____
        Patrick T. Murphy
        Trial Attorney
        U.S. Department of Justice
        Criminal Division
        Asset Forfeiture &
             Money Laundering Section
        10th & Constitution Ave., NW
        Washington, DC 20530
        (202) 514-1286
        Patrick.murphy@usdoj.gov
```

3