NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                        Criminal Number  05-0635M-01

**Michael B. Wheeler**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**John S. Skilton (DC Bar No. 465873)**
(Attorney & Bar ID Number)

Heller Ehrman LLP
(Firm Name)

**One East Main Street, Suite 201**
(Street Address)

**Madison, WI  53703**
(City)       (State)       (Zip)

**(608) 663-7474**
(Telephone Number)