UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

*******************************************************************

UNITED STATES OF AMERICA,

    Plaintiff,

v.    CASE NO. 05-0635M-01

MICHAEL B. WHEELER,

    Defendant.

*******************************************************************

MOTION FOR *PRO HAC VICE*
ADMISSION OF BRUCE J. ROSEN

*******************************************************************

John S. Skilton, a member of the bar of this Court and of the District of Columbia Court of Appeals (D.C. Bar No. 465873), hereby moves the admission, *pro hac vice*, for purposes of serving as counsel for the Defendant in the above-captioned case.

I have known Mr. Rosen for several years and believe him to be well qualified to serve as counsel in this case. Supporting this motion is the March 14, 2006 Declaration of Mr. Rosen.

Dated at Madison, Wisconsin, this 16th day of March, 2006.

HELLER EHRMAN LLP

By: _____
John S. Skilton
D.C. Bar No. 465873
One East Main Street, Suite 201
Madison, WI 53703
(608) 663-7474