UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 05-0635M-01

MICHAEL B. WHEELER,

    Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DECLARATION IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOW COMES Bruce J. Rosen of Pellino, Rosen, Mowris & Kirkhuff, S.C., Madison, Wisconsin, and respectfully represents to the Court, consistent with LCrR 44.1(d):

1. My name is Bruce J. Rosen.

2. My office is located at 131 West Wilson Street, Suite 1201, Madison, Wisconsin 53703. Telephone number: 608-255-4501.

3. I am a member of the State Bar of Wisconsin.

4. I certify that I have not been disciplined by any Bar association.

5. I have not previously been admitted *pro hac vice* in this court.

6. I do not practice law from an office located in the District of Columbia.

7. I previously have been admitted to practice in District Court of the Eastern and Western Districts of Wisconsin, Western District of Michigan, District of Hawaii, Seventh and Eight Circuit Courts of Appeals, State of Wisconsin Supreme Court and the United States Supreme Court.

Dated at Madison, Wisconsin, this 14 day of March, 2006.

PELLINO, ROSEN, MOWRIS & KIRKHUFF, S.C.

BY: _____
BRUCE J. ROSEN
State Bar No.: 1014182
131 West Wilson Street, Suite 1201
Madison, WI 53703
(608) 255-4501
(608) 255-4345 (facsimile)
Attorney for Defendant
