UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
******************************************************************

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                 CASE NO. 05-0635M-01

MICHAEL B. WHEELER,

    Defendant.
******************************************************************
ORDER
******************************************************************

It is hereby ordered that the Motion for Pro Hac Vice Admission of Bruce J. Rosen is granted.

Dated this ____ day of March, 2006.

_____
Magistrate Judge Alan Kay