NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number 05-0635M-01

MICHAEL B. WHEELER
(Defendant)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA　　■ RETAINED　　☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Bruce J. Rosen (WI Bar No. 1014182)
(Attorney & Bar ID Number)

Pellino, Rosen, Mowris & Kirkhuff, S.C.
(Firm Name)

131 W. Wilson, Suite 1201
(Street Address)

Madison, WI 53703
(City) (State) (Zip)

608-255-4501
(Telephone Number)