UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

*******************************************************************

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL B. WHEELER,

      Defendant.

CASE NO. 05-0635M-01

FILED
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*******************************************************************

ORDER

*******************************************************************

It is hereby ordered that the Motion for Pro Hac Vice Admission of Bruce J. Rosen is granted.

Dated this 23rd day of March, 2006.

_____
Magistrate Judge Alan Kay
John M. Facciola