IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-MJ-00635-1 |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of Patrick T. Murphy as counsel for the Government in the above-captioned matter. Accordingly, the Government asks the Court to designate Patrick T. Murphy lead counsel and attorney to be noticed for the Government.

Counsel of record for plaintiff is now:

> Patrick T. Murphy
> Trial Attorney
> U.S. Department of Justice, Criminal Division
> Asset Forfeiture and Money Laundering Section
> 1400 New York Avenue, NW
> Suite 10100
> Washington, DC 20530
> (202) 307-3338 (Telephone)
> (202) 616-2547 (Facsimile)
> Patrick.Murphy@usdoj.gov

```
DATED: May 2, 2006

        BRENDA MORRIS
        DEPUTY CHIEF FOR LITIGATION,
        PUBLIC INTEGRITY SECTION


By:     _____/S/_____
        James A. Crowell IV
        Ann C. Brickley
        Mark J. Yost
        Patrick T. Murphy
        Trial Attorneys
        U.S. Department of Justice
        Criminal Division
        1400 New York Ave., NW
        Washington, DC 20005
        (202) 514-1412
        James.crowell@usdoj.gov
        Ann.Brickley@usdoj.gov
        Mark.yost@usdoj.gov
        Patrick.murphy@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Substitution of Counsel has been served by First Class Mail on this 2d day of May, 2006, upon the following:

Bruce J. Rosen, Esq.
James Wilson Plaza, Suite 1201
131 W. Wilson Street
Madison, WI 53703
(608) 255-4501
(608) 255-4345 - fax

_____