IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                       ) | Criminal No. 05-MJ-00635-1 |
| ) | |
| MICHAEL BRIAN WHEELER,    ) | |
| ) | |
| Defendant.            ) | |
| _____ ) | |

## CONSENT MOTION TO EXTEND TIME FOR GOVERNMENT TO SEEK INDICTMENT AND TO CONTINUE INITIAL APPEARANCE HEARING

Comes now the United States of America, by and through its undersigned counsel, and, pursuant to FED. R. CRIM. P. 5.1(d) hereby submits the following consent motion to extend time to seek an indictment of the above-captioned matter and to continue the Initial Appearance Hearing previously set for June 5, 2006.

The parties respectfully request a 42 day extension of time in which to seek an indictment in this matter up to and including Monday, July 17, 2006. This request is made to provide the parties with sufficient time for effective preparation, to allow the parties to continue to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation. The parties also request that the Court extend the time for the Defendant to make his Initial Appearance in this Court until July 17, 2006. The Defendant and the Defendant's counsel have expressly authorized the United States to file this motion.

Wherefore, with the consent of the Defendant, the Government respectfully requests that the Court grant the instant motion to

extend time to indict and to re-set the Defendant's Initial Appearance before the Court for July 17, 2006.

A proposed order is attached.

DATED: May 31, 2006

ANDREW LOURIE
ACTING CHIEF, PUBLIC INTEGRITY SECTION

By: _____/s/_____
James A. Crowell IV
Ann C. Brickley
Mark J. Yost
Patrick T. Murphy
Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20005
(202) 514-1412
James.crowell@usdoj.gov
Ann.Brickley@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 31st day of May, 2006, I caused to be served by regular mail a copy of the foregoing filing:

```
       Bruce J. Rosen, Esq.
  James Wilson Plaza, Suite 1201
       131 W. Wilson Street
        Madison, WI 53703
          (608) 255-4501
        (608) 255-4345 - fax
```

```
        _____/S/_____
        Patrick T. Murphy
        Trial Attorney
        U.S. Department of Justice
        Criminal Division
        Asset Forfeiture &
            Money Laundering Section
        10th & Constitution Ave., NW
        Washington, DC 20530
        (202) 514-1286
        Patrick.murphy@usdoj.gov
```