```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
          v.                 )    Criminal No. 05-MJ-00635-AK-1
                             )
MICHAEL BRIAN WHEELER,       )
                             )
     Defendant.              )
_____)
```

## ORDER

Upon consideration, the Parties' Consent Motion to Extend Time in which to seek an indictment and to continue the Initial Appearance Hearing is hereby granted. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from June 5, 2006 to July 17 , 2006, based on the representation that the Parties require additional time to provide the Government and the Defendant's counsel with sufficient time for effective preparation, to allow the parties to continue to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation, such that the failure to grant such a continuance would unreasonably deny the Government and the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain in effect until July 17, 2006.  The Initial Appearance Hearing is continued until July 17, 2006, at p.m.  The time period from June 5, 2006 to July 17, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this _____ day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE