IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-MJ-00635-1 |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CONSENT MOTION TO EXTEND TIME FOR GOVERNMENT TO SEEK INDICTMENT
AND TO CONTINUE INITIAL APPEARANCE HEARING**

Comes now the United States of America, by and through its undersigned counsel, and, pursuant to Fed. R. Crim. P. 5.1(d) hereby submits the following consent motion to extend time to seek an indictment of the above-captioned matter and to continue the Initial Appearance Hearing previously set for July 17, 2006.

The parties respectfully request a 15 day extension of time in which to seek an indictment in this matter up to and including Monday, August 1, 2006. This request is made to provide the parties with sufficient time for effective preparation, to allow the parties to continue to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation. The parties also request that the Court extend the time for the Defendant to make his Initial Appearance in this Court until August 1, 2006. The Defendant and the Defendant's counsel have expressly authorized the United States to file this motion.

Wherefore, with the consent of the Defendant, the Government respectfully requests that the Court grant the instant motion to

extend time to indict and to re-set the Defendant's Initial Appearance before the Court for August 1, 2006.

A proposed order is attached.

DATED: July 10, 2006

BRENDA MORRIS
ACTING CHIEF, PUBLIC INTEGRITY SECTION

By:    \_\_\_\_\_/s/_____
James A. Crowell IV
Ann C. Brickley
Mark J. Yost
Patrick T. Murphy
Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20005
(202) 514-1412
James.crowell@usdoj.gov
Ann.Brickley@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 10th day of July, 2006, I caused to be served by regular mail a copy of the foregoing filing:

    Bruce J. Rosen, Esq.
James Wilson Plaza, Suite 1201
    131 W. Wilson Street
    Madison, WI 53703
      (608) 255-4501
    (608) 255-4345 - fax


    _____/S/_____
    Patrick T. Murphy
    Trial Attorney
    U.S. Department of Justice
    Criminal Division
    Asset Forfeiture &
       Money Laundering Section
    10th & Constitution Ave., NW
    Washington, DC 20530
    (202) 514-1286
    Patrick.murphy@usdoj.gov